IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR126 |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT GEPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on for hearing on plaintiff's oral motion to dismiss the petition for warrant or summons for offender under supervision (Filing No. 31). The Court finds said motion should be granted subject to the conditions set forth in the letter of the Probation Office dated April 20, 2005, which provides that if defendant "were to violate conditions of his supervision in the future, those new violations, as well as the dismissed violations could be filed against him." Accordingly,

IT IS ORDERED that plaintiff's oral motion is granted; the petition for warrant or summons for offender under supervision is dismissed without prejudice.

DATED this 25th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court