```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )          8:97CR126
          Plaintiff,           )
                               )
    vs.                        )          ORDER
                               )
VINCENT GEPSON,                )
                               )
          Defendant.           )
```

**IT IS ORDERED:**

Steven S. Chase is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Steven S. Chase.

DATED this 24th day of June, 2005.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge