IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR126 |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT GEPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 47) is scheduled for:

**Friday, August 19, 2005, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 22nd day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court